UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SPECIAL TREE COMMUNITY SERVICES, LLC d/b/a CC REHAB (Evan Baatz, Bart Daugerty and David Wutke),<br><br>Plaintiff,<br><br>-v-<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:22-cv-12520<br><br>Honorable Laurie J. Michaelson<br>Magistrate Judge: Curtis Ivy, Jr. |

_____/

| | |
|---|---|
| MARTIN A. HOGG (P76312)<br>Miller & Tishler, P.C.<br>Attorney for Plaintiff<br>28470 W. 13 Mile Road, Suite 300<br>Farmington Hills, MI 48334<br>(248) 945-1040 Fax: (248) 536-5042<br>mhogg@msapc.net | JOSHUA T. CHRISTOPHER (P74986)<br>HEATHER J. THATCHER (P83844)<br>Zausmer, P.C.<br>Attorneys for Defendant<br>32255 Northwestern Highway, Suite 225<br>Farmington Hills, MI 48334-1574<br>(248) 851-4111 Fax: (248) 851-0100<br>jchristopher@zausmer.com<br>hthatcher@zausmer.com |

_____

### NOTICE OF CONFLICT WALL TO TRIBUNAL

To:   Hon. Laurie J. Michaelson
      All Counsel of Record

Pursuant to Michigan Rule of Professional Conduct 1.10, Notice is hereby given that:

1. Joshua J. Thomas, formerly of Miller & Tischler, P.C., has become associated with Zausmer, P.C.

2. Joshua J. Thomas has been screened by Zausmer, P.C. from any participation in the above referenced matter. Zausmer, P.C. screening procedures include the following:

    a. Joshua J. Thomas and all attorneys and staff of Zausmer, P.C. were asked to identify all matters in which they know a conflict exists which would trigger establishment of the conflict wall. The firm also checks internal records to identify all matters in which Joshua J. Thomas' former law firm employer currently appears as adverse counsel.

    b. Once a conflict wall situation was identified, a specific staff member was instructed to physically label all paper files relating to any screened matters. The label identifies that Joshua J. Thomas is screened from the file, so there will be no question regarding who may view the contents of the file.

    c. Notice has been circulated to all attorneys and staff to advise that a conflict wall has been established, identifying that Joshua J. Thomas has been screened from all current matters where Miller & Tischler, P.C. is currently, or was previously, adverse including the instant matter. The notice specified the conduct appropriate to observe the conflict wall.

3. The procedures outlined in Paragraph 2 were followed in Joshua J. Thomas' association to the firm.

4. Joshua J. Thomas is paid a set salary and will not share in any fees obtained in the above referenced matter.

Zausmer, P.C.
32255 Northwestern Highway, Suite 225, Farmington Hills, MI 48334-1574
146 Monroe Center St., NW, Suite 1200, Grand Rapids, MI 49503-2844

Respectfully submitted,

ZAUSMER, P.C.

/s/ *Joshua T. Christopher*
JOSHUA T. CHRISTOPHER (P74986)
HEATHER J. THATCHER (P83844)
Attorneys for Defendant State Farm
32255 Northwestern Hwy, Suite 225
Farmington Hills, MI  48334
Dated:  November 22, 2023       (248) 851-4111

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on **November 22, 2023** by:

☐ US MAIL    ☐ FAX    ☐ EMAIL    ☐ UPS
  FEDERAL EXPRESS    ☒ E-FILE    ☐ E-SERVE

*Nakisha Hogan*
NAKISHA HOGAN