UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SPECIAL TREE COMMUNITY SERVICES, LLC d/b/a CC REHAB (Evan Baatz, Bart Daugerty and David Wutke), <br><br>     Plaintiff, <br><br> -v- <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br>     Defendant. | Case No. 2:22-cv-12520 <br><br> Honorable Laurie J. Michelson <br> Magistrate Judge: Curtis Ivy, Jr. |

| | |
|---|---|
| MARTIN A. HOGG (P76312) <br> Miller & Tishler, P.C. <br> Attorney for Plaintiff <br> 28470 W. 13 Mile Road, Suite 300 <br> Farmington Hills, MI 48334 <br> (248) 945-1040 Fax: (248) 536-5042 <br> mhogg@msapc.net | JOSHUA T. CHRISTOPHER (P74986) <br> HEATHER J. THATCHER (P83844) <br> Zausmer, P.C. <br> Attorneys for Defendant <br> 32255 Northwestern Highway, Suite 225 <br> Farmington Hills, MI  48334-1574 <br> (248) 851-4111 Fax: (248) 851-0100 <br> jchristopher@zausmer.com <br> hthatcher@zausmer.com |

## **STIPULATED ORDER FOR DISMISSAL**

This matter having come before the Court on the stipulation of the parties through their respective counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this lawsuit is dismissed in accordance with the terms of the executed releases with prejudice and without costs as to all parties.

This Order disposes of the last pending claim and closes the case.

**IT IS SO ORDERED**.

Dated: March 21, 2024

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE

Approved as to form:

*/s/ Martin A. Hogg (w/consent)*
MARTIN A. HOGG (P76312)
ATTORNEY FOR PLAINTIFF

*/s/ Joshua Christopher*
JOSHUA T. CHRISTOPHER (P74986)
ATTORNEY FOR DEFENDANT

                                        Respectfully submitted,

                                        ZAUSMER, P.C.

                                        */s/ Joshua Christopher*
                                        JOSHUA T. CHRISTOPHER (P74986)
                                        HEATHER J. THATCHER (P83844)
                                        Zausmer, P.C
                                        Attorneys for Defendant
                                        32255 Northwestern Hwy, Suite 225
                                        Farmington Hills, MI 48334
Dated: March 20, 2024               (248) 851-4111

Zausmer, P.C.
32255 Northwestern Highway, Suite 225, Farmington Hills, MI 48334-1574
146 Monroe Center St., NW, Suite 1200, Grand Rapids, MI 49503-2844